UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEMZOFF & COMPANY FLORIDA,
LLC,

    Plaintiff,

v.                                    Case No: 5:13-cv-400-Oc-22PRL

CITRUS COUNTY HOSPITAL BOARD,
DEBBIE RESSLER, KRISTA JOSEPH,
MARK FALLOWS and WILLIAM J.
GRANT

    Defendants.

### ORDER

This matter is before the Court on the Plaintiff's Unopposed Motion for Leave from in Person Requirement for Case Management Conference. (Doc. 44). The motion recites that the parties wish to conduct the case management conference by telephone in an effort to reduce expenses and avoid travel. Local counsel for Plaintiff is located in Tampa, Florida, *pro hac vice* counsel for Plaintiff is located in New York, and counsel for Defendant is located in Maitland, Florida.

While not unsympathetic to the parties' request, the Court believes that in person participation at the case management conference far outweighs the expense and/or inconvenience of traveling to the conference. Indeed, case management conferences are an essential part of this Court's approach to the adversary process. Local Rule 3.05 requires an in person meeting, not just to set deadlines, but also for the attorneys, including parties proceeding pro se, to meet each other and to set the groundwork for a working civil and cordial relationship.

- 2 -

Accordingly, Plaintiff's motion (Doc. 44) is DENIED in part, and GRANTED in part. The parties are required to conduct an in person case management conference, however, local counsel for Plaintiff shall attend in person on behalf of Plaintiff, and Plaintiff's *pro hac vice* counsel may attend via telephone. If necessary, the parties shall have an additional fourteen (14) days within which to conduct the in person meeting and file their case management report.

**DONE** and **ORDERED** in Ocala, Florida on January 6, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties